FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

APR 22 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RAYMOND H. SHERMAN, JR. | |

Case No. 4:10CR00131-01-BRW

USM No. 25908-009

Nicole Lybrand
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Special, General & Standard   of the term of supervision.

☐ was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | Failure to participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program. Failure to abstain from alcohol throughout the course of treatment. | 12/10/2014 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0556

Defendant's Year of Birth:  1983

City and State of Defendant's Residence: _____

04/22/2015
Date of Imposition of Judgment

*Bill Wilson* (signature)
Signature of Judge

Billy Roy Wilson, U.S. Dist. Judge
Name and Title of Judge

4-22-2015
Date

Judgment—Page 2 of 3

DEFENDANT: RAYMOND H. SHERMAN, JR.
CASE NUMBER: 4:10CR00131-01-BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| General | Illegal possession and unlawful use of a controlled substance. | 01/13/2015 |
| Standard(7) | Failure to refrain from excessive use of alcohol and not purchase use, distribute, or administer any controlled substance or any paraphernalia related to controlled substances, except as prescribed by a physician. | 01/13/2015 |
| Standard (2) | Failure to report a truthful statement to the probation office and submit a truthful and complete written report within the first 5 days of each month. | 04/03/2015 |

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: RAYMOND H. SHERMAN, JR.
CASE NUMBER: 4:10CR00131-01-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

1 year and a day with no term of Supervised Release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in non-residential substance abuse treatment during incarceration. The Court also recommends the defendant be designated to the insitution located in Texarkana, TX.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL